UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TOMAS AFEWORKI,

    Petitioner,

v.

RONALD HAYNES,

    Respondent.

CASE NO. 20-132 RSM

**ORDER GRANTING MOTION TO STAY AND ABEY HABEAS PETITION**

*Pro se* petitioner Tomas Afeworki proceeding *in forma pauperis*, moves to stay and abey his federal habeas proceedings based on his attempt to exhaust state-court remedies. Dkt. 10. Without waiving any defenses, Respondent does not oppose petitioner's motion to stay. Dkt. 11.

The Court finds petitioner has demonstrated good cause for staying the present matter as a protective petition contemplated in *Pace v. DiGuglielmo*, 544 U.S. 408, 416 (2005). The Court therefore **GRANTS** petitioner's unopposed motion to stay the proceedings until his state-court PRP proceeding is completely adjudicated. Dkt. 10.

**The Court directs respondent and petitioner <u>each</u> to file a status report with Magistrate Judge Brian A. Tsuchida every one hundred twenty (120) days, beginning one hundred twenty (120) days from the date of this Order**. If state proceedings conclude before each 120 day reporting period, the parties shall immediately notify the Court. All pending

ORDER GRANTING MOTION TO STAY
AND ABEY HABEAS PETITION - 1

deadlines are stricken, and respondent need not file an Answer to the federal habeas petition until forty-five (45) days after the stay of proceedings is lifted.

The Clerk is directed to send copies of this Order to petitioner and to the Honorable Ricardo S. Martinez.

DATED this 27th day of February, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER GRANTING MOTION TO STAY
AND ABEY HABEAS PETITION - 2