1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TOMAS AFEWORKI,

Petitioner,

v.

RONALD HAYNES,

Respondent.

CASE NO. 20-132 RSM

**ORDER CONTINUING STAY AND
ABEYANCE OF HABEAS
PETITION**

On February 27, 2020 the Court issued an order staying the habeas until Petitioner's state-court PRP proceeding are completely adjudicated. Dkt. 12. In its order the Court directed the parties to **each to file a status report with Magistrate Judge Brian A. Tsuchida every 120 days, beginning 120 days from February 27, 2020.** The parties recently filed status reports indicating that Petitioner's state proceedings are not complete. Accordingly, the Court ORDERS:

1.      The court's order staying proceedings remains in place, and the matter is stayed, all pending deadlines are stricken, and respondent need not file an Answer to the federal habeas petition until forty-five (45) days after the stay of proceedings is lifted.

2.      The parties shall continue to each file a status report every 120 days regarding whether state proceedings are completed and the stay may be lifted, or whether the stay should remain in place. Thus, the next status report is due August 18, 2021. If state proceedings are

ORDER CONTINUING STAY AND
ABEYANCE OF HABEAS PETITION - 1

completed before that date the parties should immediately inform the Court.

3.    The Clerk is directed to send copies of this Order to Petitioner and to the

Honorable Ricardo S. Martinez.

DATED this 15th day of April, 2021.

BRIAN A. TSUCHIDA
United States Magistrate Judge