UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TOMAS AFEWORKI,<br><br>Petitioner,<br>v.<br><br>RONALD HAYNES,<br><br>Respondent. | CASE NO. 2:20-cv-00132-LK-BAT<br><br>ORDER DENYING MOTIONS TO AMEND PETITION |

This matter comes before the Court on Petitioner Tomas Afeworki's motions to amend his petition. Dkt. Nos. 64, 65. For the reasons set forth below, the Court denies the motions.

The Court previously granted Afeworki's motion to stay the proceedings and hold the case in abeyance pending resolution of his proceedings in the Washington state courts. Dkt. No. 12. The Court also directed the parties to file periodic status updates. *Id.*[1]

[1] While this case has been stayed, Afeworki has filed two other cases seeking writs of habeas corpus. The Court directed the Clerk to file the petitions in those cases as motions to amend the petition in this case and to close the other cases. *See Afeworki v. Arnold*, No. 3:26-cv-05510-LK-DWC, Dkt. No. 21 (W.D. Wash. Nov. 12, 2026); *Afeworki v. Arnold*, No. 2:26-cv-01442-LK-TLF, Dkt. No. 12 (W.D. Wash. Nov. 5, 2026).

Afeworki states in his most recent status report that he still has proceedings pending in the state appellate court. Dkt. No. 63 at 1. Accordingly, it appears that Afeworki is still attempting to exhaust his state court remedies, and this matter remains stayed pursuant to the Court's prior order, Dkt. No. 12.

Accordingly, the Court DENIES the motions to amend, Dkt. Nos. 64, 65, without prejudice. Once Afeworki has exhausted his state court remedies, he may file a motion for leave to amend his petition, if necessary. This order does not change the parties' notification and status report obligations as previously ordered, Dkt. No. 12.

Dated this 16th day of November, 2026.

Lauren King
United States District Judge